ANN DAWSON, Appellant, v. WALTER VAN WELY, Respondent. MAE DAWSON, Appellant, v. WALTER VAN WELY, Respondent.— Appeals from judgments of the Supreme Court, entered in the Albany county clerk's office on the 12th day of November, 1937, in favor of the defendant against the respective plaintiffs for $107.25 costs and $77.25 costs, respectively, upon a jury's verdict of no cause of action. The actions are for personal injuries sustained by the plaintiffs while riding as passengers in an automobile owned by the defendant and operated by one Michael Conley. One of the contested facts was whether the chauffeur was the employee of the family of the plaintiff, or of the defendant. Katherine Dawson, a sister of the plaintiffs, had given testimony in another action to which plaintiffs were not parties, that the chauffeur Conley was employed by their family. On cross-examination of one of the plaintiffs the defendant was permitted to show, over objection, that the sister Katherine had so testified. Plaintiffs themselves testified to facts substantially of the same import. In view of the testimony that Conley was the family chauffeur, if employed at all in the family of the plaintiffs, and because of the similar testimony given by plaintiff, the admission of the questioned testimony was not prejudicial. Judgments affirmed, with costs to the respondent in one action. Rhodes, McNamee and Crapser, JJ., concur; Hill, P. J., and Bliss, J., dissent.

HARRY O. WEINBERG, as Trustee of the Estate of ALBERT E. HALL, Bankrupt, Appellant, v. THE CITY OF TROY, Respondent.— Appeal from an order denying a motion for leave to examine, before trial, certain employees of a municipal corporation. Order reversed, on the law and facts, and examination before trial in all respects granted. Date and place of examination to be fixed by the Special Term. Rhodes, Crapser and Heffernan, JJ., concur; Hill, P. J., and McNamee, J., dissent, on the authority of Davidson v. City of New York (221 N. Y. 487); Bush Terminal Co. v. City of New York (259 id. 509).

MARY YANNEY, Respondent, v. AMERICAN EQUITABLE CORPORATION, Appellant.— This is an appeal from a judgment of foreclosure and sale. The proof clearly establishes that plaintiff is the owner of the mortgage in question and that defendant purchased the premises knowing that such mortgage was a lien thereon. Defendant cannot now attack the assignment of such mortgage to the plaintiff. Judgment unanimously affirmed, with costs. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.